FILED by \_\_MM\_\_ D.C.

Jul 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20307-CR-WILLIAMS/MCALILEY**

Case No. _____

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA,

vs.

MATTHEW JAMES CHOY,

    Defendant.

_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT ONE**
**Threatening Communications**
**(18 U.S.C. § 875(c))**

On or about May 2, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW JAMES CHOY,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat, that is, a letter sent from Mississippi to the United States District Court in Miami, Florida, in which the defendant stated, "(Listen, I know Im suppose to find forgiveness, religion, or humility in prison, but all I feel is violence and hatred and revenge, take it as you will but im not going to get fucked over and accept it. I will fight back and if a few people have to go missing after, so be it, Im no ones bitch, and I wrestle EVERDAY with the Question, how do

you let a kike destroy you and you don't murder there [sic] family for it)," in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### Threatening Communications
### (18 U.S.C. § 875(c))

On or about May 11, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW JAMES CHOY,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat, that is, a letter sent from Mississippi to the United States District Court in Miami, Florida, in which the defendant stated, "I don't want your help, I don't want your drugs. And if you force me, we will get in an actual fight over force medication. You want to help me, let me and [GR] fight this out, over 'mutual combat' and as for 'threatening,' I have NEVER threatened anyone in my life, I just explain to people what I want to do to them. That's why I live in the horrible city of homestead, because if I go back to Bradenton/Sarasota there is no way I have enough self control not to kill someone. ... I am blown away at the misconduct, but remember, you might have fucked me here, but I am no ones bitch and I will get revenge against the people who helped you. I know you don't believe me, but just wait for a few people to disappear. Then you will understand," in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### Threatening Communications
### 18 U.S.C. § 875(c)

On or about May 19, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW JAMES CHOY,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat, that is, a letter sent from Mississippi to the United States District Court in Miami, Florida, in which the defendant stated, "I give up, as long as I get to see the blood spray out of [GR's] neck when I get out, I'll consider it even," in violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
**Threatening Communications**
**(18 U.S.C. § 875(c))**

On or about June 1, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW JAMES CHOY,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat, that is, a letter sent from Mississippi to the United States District Court in Miami, Florida, in which the defendant stated, "Whatever, I can't file motions on my own and I can't fire my counsel, so what you going to make me wait 8 months to get out and hire an attorney who will do the same thing I am doing now?  Listen I know my life is over, [GR] took all I cared about, I see everyone making millions and because I couldn't get out of a fraudulent job in Keyes and now the extra time for [GR's] protection, I'm going to come out broke in a recession.  It's fine, I get it, the weak needs justice, but I think everyone knows how this will end when I get out.  I don't lose well, and I definitely will not let a kike throw me in jail without hitting back, so I see the writing on the wall, the only question is how many do I get to before the

FBI kills me. I accept it, it's the old adage, if you want revenge dig 2 graves. I don't want anyone's help. I just want revenge and blood now. So you can try. But I know I can sign a refusal for all medical treatment, and without a psych hearing, you can't force medicate me. I realize you are trying to help me, but I am passed help, there is no good left in me, only revenge and violence," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations set forth in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MATTHEW JAMES CHOY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such violations.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Matthew James Choy
_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants ____
Total number of New Counts ____

**Court Division** (select one)
☑ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **Yes**
   If yes, Judge **Altonaga**    Case No. **20-20165-CR-CMA**

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Karen E. Gilbert
Assistant United States Attorney
FL Bar No.     771007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Matthew James Choy

**Case No:** _____

Counts # 1-4:

Threatening Communications

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 5 Years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.