<u>***United States v. Matthew Choy*, 22-c-20307-KMW**</u>

<u>**FACTUAL BASIS FOR PLEA TO CRIMINAL CONTEMPT, 18 U.S.C. § 401(1), A *SUI GENERIS* OFFENSE**</u>

Had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

From in or around April 15, 2022 and continuing through on or about November 20, 2022, the defendant knowingly transmitted a number of handwritten *pro se* letters and motions, intending that they be filed on the courts' Case Management/ Electronic Case Files (CME/ECF) system, and the handwritten pro se letters and motions contained profanity, racial slurs, and statements such as "I give up, as long as I get to see the blood spray out of [GR's] neck when I get out, I'll consider it even," and "Fuck all of you!" in court numbers 21-10848 (11th Cir. 2022), and 20-20165-CR-CMA (S.D.Fla). The Defendant knowingly transmitted the documents via interstate commerce, that is they were sent by United States Mail from the State of Mississippi to the State of Florida for the purposes of being filed in or near the presence of the Court, i.e. the Court's docket.

The receipt of the filings obstructed the administration of justice by disrupting the business of and making work for the Clerk's Office and the Court in court numbers 21-10848 (11th Cir. 2022), and 20-20165-CR-CMA (S.D. Fla), in that court staff was forced to receive, review, and act on the filings. The Defendant knowingly filed the documents and letters for the purpose of disrupting the proceedings in court numbers 21-10848 (11th Cir. 2022), and 20-20165-CR-CMA (S.D. Fla).

The above-detailed facts are corroborated by, among other things, written filings, witness testimony, and recorded jail calls.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 401(1), that, is, Criminal Contempt, as charged in Count 5 of the Superseding Information.

_____ July 28, 2023
Lindsey Friedman
AUSA

_____ 7/28/23
MATTHEW CHOY

_____
WILLIAM BARZEE
ATTORNEY FOR MR. CHOY
7/28/23

2